CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM FEBRUARY 27 TO APRIL 16, 1906.

No. 612. GEORGE B. CORTELYOU, POSTMASTER-GENERAL, PLAINTIFF-IN ERROR, *v.* THE UNITED STATES EX REL. MARGARITO ROMERO, MAYOR, ETC., ET AL. In error to the Court

of Appeals of the District of Columbia. March 5, 1906. Dismissed with costs, on motion of *The Solicitor General* for the plaintiff in error. *The Attorney General* for plaintiff in error. No appearance for defendants in error.